**Order entered September 21, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00264-CV

### MARK ROSE, Appellant

### V.

### ECONOMY & DEVELOPMENT GENERAL TRADING COMPANY US, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20196**

## ORDER

Before the Court is appellant's September 17, 2020 third motion for an extension of time to file his brief on the merits. In his motion, appellant states the following:

> Additionally, the Clerk's record does not contain exhibits introduced at the hearing held in the Trial Court in this matter. Appellant's counsel is working to obtain the reporter's record, and have it filed herein, which is important to Appellant's record and argument.

By order dated June 19, 2020, we ordered this appeal be submitted without the reporter's record after appellant failed to provide documentation that he requested the reporter's record and paid or made arrangements to pay the reporter's fee.

We construe appellant's motion, in part, as a request to vacate this Court's June 19th order. We **GRANT** the motion as follows: We **VACATE** this Court's June 19th order. We **ORDER** Deputy Official Reporter Terri Etekochay to file, **by October 5, 2020**, either the complete reporter's record as requested by appellant or written verification that appellant has not paid the fee for preparing the record. We caution appellant that if the Court receives written verification of non-payment, the Court will again order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief on the merits will be due **within thirty days** after the reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Etekochay and the parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE